### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOAN RICHARDSON and WILLIAM BARTON, on behalf of themselves and all other similarly situated, | : : : : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 15-0772 |
| | : | |
| DAVID BEZAR, | : | |
| | : | |
| Defendants. | : : | |

### ORDER

**AND NOW**, this  5th   day of October, 2015, upon consideration of Defendant,

David Bezar's Motion to Dismiss Plaintiffs' Complaint (Doc. No. 9), which Plaintiffs have not

filed any response thereto despite being granted an extension of time, it is hereby **ORDERED**

that the Motion is **GRANTED**.  The Complaint is **DISMISSED WITH PREJUDICE**.


                                        BY THE COURT:


                                         /s/ Robert F. Kelly
                                        ROBERT F. KELLY
                                        SENIOR JUDGE